# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10551-TPA |
| | : | |
| Ronald Dwight Lord Sr. and | : | |
| Mary Louise Lord, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

K.D.     LORD, RONALD & MARY

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10551 |
| | : | |
| Ronald Dwight Lord, Sr. and | : | |
| May Louise Lord, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Ronald Dwight Lord, Sr., | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Ronald Dwight Lord Sr., hereby state as follows:

1.) I am unemployed; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security Benefits in the amount of $900.00 per month.
3.) I was required to file 2018 – 2019 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>September 3, 2020</u>            <u>/s/ Ronald Dwight Lord Sr.</u>
                                                            Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10551 |
| | : | |
| Ronald Dwight Lord, Sr. and | : | |
| May Louise Lord, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Ronald Dwight Lord, Sr., | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Mary Louise Lord, hereby state as follows:

1.) I am unemployed; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security Benefits in the amount of $761.00 per month.
3.) I also receive Food Stamps in the amount of $139.00 per month.
4.) I was required to file 2018 – 2019 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: September 3, 2020              /s/ Ronald Dwight Lord Sr.
                                      Debtor