| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ronald Dwight Lord Sr.** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–0054** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Mary Louise Lord** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1133** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**  **8/19/20** |
| Case number: | **20–10551–TPA** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald Dwight Lord Sr. | Mary Louise Lord |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10610 State Highway 618 <br> Conneaut Lake, PA 16316 | 10610 State Highway 618 <br> Conneaut Lake, PA 16316 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel P. Foster <br> Foster Law Offices <br> 1210 Park Avenue <br> Meadville, PA 16335 | Contact phone 814.724.1165 <br><br> Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 814–464–9740 <br><br> Date: 9/9/20 |

**For more information, see page 2**

Debtor  **Ronald Dwight Lord Sr.**  and  **Mary Louise Lord**                                                            Case number **20–10551–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 27, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/28/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/28/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/15/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/27/20** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 20-10551-TPA
Ronald Dwight Lord, Sr.                                                 Chapter 13
Mary Louise Lord
        Debtors
                                CERTIFICATE OF NOTICE
District/off: 0315-1           User: dpas                  Page 1 of 2            Date Rcvd: Sep 09, 2020
                               Form ID: 309I               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db/jdb         +Ronald Dwight Lord, Sr.,    Mary Louise Lord,    10610 State Highway 618,
                 Conneaut Lake, PA 16316-2632
aty            +Brian Nicholas,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
15278776       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
15278778      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2222
               (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
15278780       +Commonwealth Financial Systems Inc,    120 North Keyser Avenue,    Scranton, PA 18504-9701
15278783       +Creditech,    50 N 7th St,   Bangor, PA 18013-1791
15278782       +Creditech,    50 North 7th Street,    Bangor, PA 18013-1791
15278784       +Erie Pathology Associates,    1526 Peach Street,    Erie, PA 16501-2110
15278794       +Windstream,    11317 Mercer Pike,    Meadville, PA 16335-6261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Sep 10 2020 05:08:20      Daniel P. Foster,
                 Foster Law Offices,    1210 Park Avenue,   Meadville, PA 16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:09:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:09:17      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 10 2020 05:09:41
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
15278777        EDI: LCITDAUTO Sep 10 2020 08:43:00      CFC Deficiency Recover,    5225 Crooks Road,   Suite 140,
                 Troy, MI 48098
15278779        E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 10 2020 05:08:30      Citizens Bank,
                 1 Citizens Drive,    Riverside, RI 02915
15278781        E-mail/Text: rkiser@co.crawford.pa.us Sep 10 2020 05:09:50      Crawford County Tax Claim Bureau,
                 Court House,    903 Diamond Square,    Meadville, PA 16335-2694
15278785       +E-mail/Text: mwetherbee@mmchs.org Sep 10 2020 05:09:59      Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
15278786       +E-mail/Text: egssupportservices@alorica.com Sep 10 2020 05:09:51      NCO Financial Systems,
                 Attention: Bankruptcy,    507 Prudential Road,    Horsham, PA 19044-2308
15278788       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:09:17      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
15278789       +EDI: DRIV.COM Sep 10 2020 08:43:00      Santander Consumer Usa,
                 8585 North Stemmons Freeway Suite 1100-N,    Dallas, TX 75247-3822
15278790       +E-mail/Text: jennifer.chacon@spservicing.com Sep 10 2020 05:10:24
                 Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
15278791       +EDI: SWCR.COM Sep 10 2020 08:43:00      Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
15278792       +EDI: SWCR.COM Sep 10 2020 08:43:00      Southwest Credit System,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
15278793        EDI: LCITDAUTO Sep 10 2020 08:43:00      Td Auto Finance,    27777 Franklin Road,
                 Farmington Hills, MI 48334
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CSMC 2020-RPL2 Trust
15278787*      +NCO Financial Systems,    Attention: Bankruptcy,    507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1            User: dpas                Page 2 of 2                Date Rcvd: Sep 09, 2020
                                Form ID: 309I             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Brian   Nicholas    on behalf of Creditor    CSMC 2020-RPL2 Trust bnicholas@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor Ronald Dwight Lord, Sr. dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```