## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-10551-TPA |
| Ronald Dwight Lord, Sr. AND | : | Chapter 13 |
| Mary Louise Lord, | : | |
| Debtor | : | |
| | : | Related to Document No. 26 |
| Ronald Dwight Lord, Sr. AND | : | |
| Mary Louise Lord, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Select Portfolio Servicing, Inc. | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### INTERIM MORTGAGE MODIFICATION ORDER

On January 21, 2021, the above-named Debtor and Select Portfolio Servicing ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtor's residence. The terms of the Trial Modification require monthly payments in the amount of **$463.74** ("Trial Payments") to begin on **March 1, 2021** and to continue in that amount until **May 1, 2021** (the "Trial Modification Period").  In light of the need for an immediate change in the distribution to the Creditor, the Debtor requests the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this _____ **day of _____,** *2021*, for the foregoing reasons it is hereby ***ORDERED***, *ADJUDGED and DECREED* that:

(1)     The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor, with a payment address of   PO Box 65450 Salt Lake City, UT, 84165-0450, for the Trial Modification Period.  Each Trial Payment shall be made in the amount of **$463.74** for the following months: *March 1, 2021, April 1, 2021 and May 1, 2021.*  Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

**PAWB Local Form 47 (04/14)**                                                                                           **Page 1 of 2**

(2)      In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3)      The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period.  If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4)      Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5)      Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee.  The Debtor's Certificate of Service shall reflect service upon the above identified email address.


_____
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
     Debtor(s)
     Counsel for Debtor(s)
     [Counsel for Creditor]
     Ronda J. Winnecour, Esq. Ch 13 Trustee