# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-10551-TPA |
| Ronald Dwight Lord, Sr. AND | : | Chapter 13 |
| Mary Louise Lord, | : | |
|     Debtor | : | |
| | : | Related to Document No. 31 |
| Ronald Dwight Lord, Sr. AND | : | |
| Mary Louise Lord, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Select Portfolio Servicing, Inc. | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Interim Mortgage Modification Order** on the parties listed below.

Executed on: January 28, 2021      By: /s/ Kathryn M. Schwartz
    KATHRYN M. SCHWARTZ
    PARALEGAL
    FOSTER LAW OFFICES, LLC
    1210 Park Avenue
    Meadville, PA 16335
    Tel 814.724.1165
    Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Ronald Dwight Lord, Sr. and
Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316
*Service via US Mail*

LMP@chapter13trusteewdpa.com

KML Law Group, P.C.
Brian Nicholas, Esquire
701 Market Street – Suite 5000
Philadelphia, PA 19106
*Service via US Mail*

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165
*Service via US Mail*