**Currently Viewing:**

Borrower Name: Lord, Ronald
Property Address: 10610 State Highway 618 Conneaut Lake , PA 16316
Servicer Name: Select Portfolio Servicing
Loan Number: 0026351957

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 12/14/2020 10:09:16 AM ET | Attorney | File Submitted |

File Submitted by Katie Schwartz.
The following documents were submitted:
Lord (Loan #26351957) - Borrower Authorization (Added 12-14-2020)
Lord (Loan #26351957) - HAMP Request for Mortgage Assistance (RMA) (Added 12-14-2020)
Lord (Loan #26351957) - SPS Request for Mortgage Assistance (Added 12-14-2020)
Lord (Loan #26351957) - IRS Form 4506-T (Borrower) (Added 12-14-2020)
Lord (Loan #26351957) - Dodd-Frank Certification (Added 12-14-2020)
Lord (Loan #26351957) - Mortgage Assistance Application Form 710 (Added 12-14-2020)
Lord (Loan #26351957) - Financial Statement (Added 12-14-2020)
Lord (Loan #26351957) - Hardship Letter (Added 12-14-2020)
Lord (Loan #26351957) - Uniform Borrower Assistance Form (Added 12-14-2020)
Lord (Loan #26351957) - Proof of Occupancy (Added 12-14-2020)
Lord (Loan #26351957) - Social Security Income (Added 12-14-2020)
Lord (Loan #26351957) - Loss Mitigation Order (Added 12-14-2020)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/16/2020 05:46:52 PM ET | Servicer | Account Change |

**File Changed by:** Erica Haro.
**Change(s):**
Loan Number changed from 26351957 to 0026351957.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/16/2020 05:47:41 PM ET | Servicer | File Opened |

File Opened by Erica Haro

| Date | Activity By | Action Taken |
|---|---|---|
| 12/16/2020 05:51:28 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

Documentation has been sent to our underwriters, please allow 7-10 days for updates.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/17/2020 10:32:28 AM ET | Attorney | Borrower Docs Uploaded |

Katie Schwartz added the following documents: Lord (Loan #0026351957) - Government Monitoring Data (Added 12-17-2020)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/21/2020 04:16:49 PM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** RE: Borrower Docs Uploaded
**Message:**
Hello,
I have submitted the documentation for review.
Thank you,
Pauline Kunz
Bankruptcy Specialist
Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/29/2020 10:26:18 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

We are still reviewing at this time, if you have any questions, please do not hesitate to ask. We will continue to update the portal with details and the status of the review.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/06/2021 06:01:24 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

Document packet has been completed as of 12/31/2020. We anticipate having a decision on the review within 30-45 days. If you have any questions, please do not hesitate to ask. We will continue to update the portal with any details and the status of the review.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/06/2021 06:02:58 PM ET | Servicer | Docs Complete Notice |

**File Completed by:** Erica Haro.
**Message:**
document packet complete as of 12/31/2020

| Date | Activity By | Action Taken |
|---|---|---|
| 01/13/2021 10:23:25 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** Loss Mitigation Review
**Message:**

Hello,

We are still reviewing at this time, if you have any questions, please do not hesitate to ask. We will continue to update the portal with details and the status of the review.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/21/2021 11:20:06 AM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

SPS is pleased to inform you that we have completed our review and you have been offered a trial modification with payments due on the 1st of each month beginning in March for the amount $463.74. Once you have successfully completed your trial modification, we will review for a permanent modification of the account. Please review the attached agreement and advise if you are planning on accepting the agreement or if you have any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/21/2021 11:21:26 AM ET | Servicer | Decision Reported |

Decision reported by Erica Haro.
**Message:** Approved:
Please review decision notice.

**Attached Files:**

Lord (Loan #0026351957) - 0026351957_Loan Resolution - Documentation.pdf (Added 01-21-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 01/28/2021 01:49:13 PM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Order Auth Trial
**Message:**
Order Authorizing Trial Attached.

**Attached Files:**

Lord (Loan #0026351957) - Order Auth Trial (Added 01-28-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 02/01/2021 10:52:37 AM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** RE: Order Auth Trial
**Message:**
Hello,

Thank you for the updates. Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/08/2021 11:12:10 AM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

We will continue to monitor the file and provide updates as they become available.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/09/2021 11:01:23 AM ET | Attorney | Status Report Created |

Katie Schwartz created Status Report

Download Status Report

© 2021 - www.dclmwp.com