**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-10551-TPA |
| Ronald Dwight Lord, Sr. AND | : | Chapter 13 |
| Mary Louise Lord, | : | |
| Debtor | : | |
| | : | Related to Document No.  26 |
| Ronald Dwight Lord, Sr. AND | : | |
| Mary Louise Lord, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Select Portfolio Servicing, Inc. | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO AUTHORIZE LOAN MODIFICATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **May 22, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **June 23, 2021 at 10:00 am** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: May 5, 2021

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Authorize Loan Modification and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 5, 2021**

By: */s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Ronald Dwight Lord, Sr. and
Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316
*Service via US Mail*

KML Law Group, P.C.
Brian Nicholas, Esquire
701 Market Street – Suite 5000
Philadelphia, PA 19106
*Service via US Mail*

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165
*Service via US Mail*