FILED
5/7/21 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RONALD DWIGHT LORD, SR. | : | Case No. 20-10551-TPA |
| MARY LOUISE LORD | : | Chapter 7 |
| *Debtors* | : | |
| | : | |
| RONALD DWIGHT LORD, SR | : | |
| MARY LOUISE LORD | : | Related to Doc. No. 37 |
| *Movants* | : | |
| | : | |
| v. | : | |
| RONDA WINNECOUR, ESQ. | : | Hearing: May 20, 2021 at 10:00 A.M. |
| CHAPTER 13 TRUSTEE | | |

## ORDER

A hearing is presently scheduled for June 23, 2021 on the ***Motion for Loan Modification*** ("Motion") filed by Debtors at Document No. 37.

***AND NOW***, this ***7th day of May, 2021***, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED*** that:

(1)  The hearing on the *Motion* is ***RESCHEDULED*** for ***May 20, 2021*** at ***10:00 A.M*** to be held by the ***Zoom Video Conference Application***. The Parties must comply with ***Judge Agresti's Temporary Modified Appearance Procedures*** which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Any responses shall be filed on or before ***May 18, 2021.***

(2)  ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following: Meeting ID: 160

1

2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

*Thomas P. Agresti, Judge*  ljm
United States Bankruptcy Court

Case Administrator to Serve:
    Debtors
    Daniel Foster, Esq.
    Brian Nicholas, Esq

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-10551-TPA
Ronald Dwight Lord, Sr. Chapter 13
Mary Louise Lord
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Dwight Lord, Sr., Mary Louise Lord, 10610 State Highway 618, Conneaut Lake, PA 16316-2632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CSMC 2020-RPL2 Trust bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Ronald Dwight Lord  Sr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1  User: bsil  Page 2 of 2
Date Rcvd: May 07, 2021  Form ID: pdf900  Total Noticed: 1
TOTAL: 5