**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-10551-TPA |
|    Ronald Dwight Lord, Sr. AND | : | Chapter 13 |
|    Mary Louise Lord, | : | |
|         Debtor | : | |
| | : | Related to Document No. 26 |
|    Ronald Dwight Lord, Sr. AND | : | |
|    Mary Louise Lord, | : | |
|         Movant | : | |
| | : | |
|             v. | : | |
| | : | |
|    Select Portfolio Servicing, Inc. | : | |
| | : | |
|           AND | : | |
| | : | |
|    Ronda J. Winnecour/Esquire | : | |
|    Chapter 13 Trustee, | : | |
|         Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO AUTHORIZE LOAN MODIFICATION**, filed on May 17, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than May 18, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 19, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION* by US Mail and/or CM/ECF on the parties below.

Executed on: **May 19, 2021**

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz, *Paralegal*
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Ronald Dwight Lord, Sr. and
Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316
*Service via US Mail*

KML Law Group, P.C.
Brian Nicholas, Esquire
701 Market Street – Suite 5000
Philadelphia, PA 19106
*Service via US Mail*

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165
*Service via US Mail*