IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-10551-TPA |
| Ronald Dwight Lord, Sr. AND | : | Chapter 13 |
| Mary Louise Lord, | : | |
| Debtor | : | |
| | : | Related to Document No. 45 |
| Ronald Dwight Lord, Sr. AND | : | |
| Mary Louise Lord, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Select Portfolio Servicing, Inc. | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

**EXHIBIT – PORTAL ACCOUNT HISTORY**

**Currently Viewing:**

Borrower Name: Lord, Ronald
Property Address: 10610 State Highway 618 Conneaut Lake , PA 16316
Servicer Name: Select Portfolio Servicing
Loan Number: ▇▇▇1957

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 12/14/2020 10:09:16 AM ET | Attorney | File Submitted |

File Submitted by Katie Schwartz.
The following documents were submitted:
Lord (Loan ▇▇▇1957) - Borrower Authorization (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - HAMP Request for Mortgage Assistance (RMA) (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - SPS Request for Mortgage Assistance (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - IRS Form 4506-T (Borrower) (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Dodd-Frank Certification (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Mortgage Assistance Application Form 710 (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Financial Statement (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Hardship Letter (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Uniform Borrower Assistance Form (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Proof of Occupancy (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Social Security Income (Added 12-14-2020)
Lord (Loan ▇▇▇1957) - Loss Mitigation Order (Added 12-14-2020)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/16/2020 05:46:52 PM ET | Servicer | Account Change |

File Changed by: Erica Haro.
Change(s):
Loan Number changed from ▇▇▇1957 to ▇▇▇1957.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/16/2020 05:47:41 PM ET | Servicer | File Opened |

File Opened by Erica Haro

| Date | Activity By | Action Taken |
|---|---|---|
| 12/16/2020 05:51:28 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

Documentation has been sent to our underwriters, please allow 7-10 days for updates.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/17/2020 10:32:28 AM ET | Attorney | Borrower Docs Uploaded |

Katie Schwartz added the following documents: Lord (Loan #▓▓▓▓1957) - Government Monitoring Data (Added 12-17-2020)

| Date | Activity By | Action Taken |
|---|---|---|
| 12/21/2020 04:16:49 PM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** RE: Borrower Docs Uploaded
**Message:**
Hello,
I have submitted the documentation for review.
Thank you,
Pauline Kunz
Bankruptcy Specialist
Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 12/29/2020 10:26:18 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

We are still reviewing at this time, if you have any questions, please do not hesitate to ask. We will continue to update the portal with details and the status of the review.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/06/2021 06:01:24 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

Document packet has been completed as of 12/31/2020. We anticipate having a decision on the review within 30-45 days. If you have any questions, please do not hesitate to ask. We will continue to update the portal with any details and the status of the review.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/06/2021 06:02:58 PM ET | Servicer | Docs Complete Notice |

**File Completed by:** Erica Haro.
**Message:**
document packet complete as of 12/31/2020

| Date | Activity By | Action Taken |
|---|---|---|
| 01/13/2021 10:23:25 AM ET | Servicer | Message Sent |

From: Pauline Kunz (Servicer)
Subject: Loss Mitigation Review
Message:

Hello,

We are still reviewing at this time, if you have any questions, please do not hesitate to ask. We will continue to update the portal with details and the status of the review.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/21/2021 11:20:06 AM ET | Servicer | Message Sent |

From: Erica Haro (Servicer)
Subject: Loss Mitigation Review
Message:
Hello,

SPS is pleased to inform you that we have completed our review and you have been offered a trial modification with payments due on the 1st of each month beginning in March for the amount $463.74. Once you have successfully completed your trial modification, we will review for a permanent modification of the account. Please review the attached agreement and advise if you are planning on accepting the agreement or if you have any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 01/21/2021 11:21:26 AM ET | Servicer | Decision Reported |

Decision reported by Erica Haro.
Message: Approved:
Please review decision notice.

Attached Files:
Lord (Loan ▓▓▓1957) ▓▓▓1957_Loan Resolution - Documentation.pdf (Added 01-21-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 01/28/2021 01:49:13 PM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Order Auth Trial
**Message:**
Order Authorizing Trial Attached.

**Attached Files:**
Lord (Loan #######1957) - Order Auth Trial (Added 01-28-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 02/01/2021 10:52:37 AM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** RE: Order Auth Trial
**Message:**
Hello,

Thank you for the updates. Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/08/2021 11:12:10 AM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

We will continue to monitor the file and provide updates as they become available.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/09/2021 11:01:23 AM ET | Attorney | Status Report Created |

Katie Schwartz created Status Report

Download Status Report

| Date | Activity By | Action Taken |
|---|---|---|
| 02/11/2021 05:16:16 PM ET | Servicer | Message Sent |

From: Erica Haro (Servicer)
Subject: Loss Mitigation Review
Message:
Hello,

We will continue to monitor the file and provide updates as they become available. Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/19/2021 06:03:08 PM ET | Servicer | Message Sent |

From: Erica Haro (Servicer)
Subject: Loss Mitigation Review
Message:
Hello,

There is no update at this moment. Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/26/2021 12:32:07 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

We will continue to monitor the file and provide updates as they become available.

Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 02/26/2021 01:51:50 PM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Update
**Message:**

Thanks!

| Date | Activity By | Action Taken |
|---|---|---|
| 03/02/2021 12:28:09 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

There is no update. We will continue to monitor the file.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 03/09/2021 12:12:31 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

There is no update at this moment.
Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 03/16/2021 11:16:43 AM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

We will continue to monitor the file and provide updates as they become available.
Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 03/23/2021 01:20:47 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

There is no update at this moment, we will continue to monitor the file and provide updates as they become available.
Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 03/30/2021 11:08:56 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** Loss Mitigation Review
**Message:**

Hello,

The third trial loan modification payment was received by SPS on 3/29/2021. The final loan modification review process will begin.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/06/2021 10:12:16 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** Loss Mitigation Review
**Message:**

Hello,

We are still reviewing at this time, if you have any questions, please do not hesitate to ask. We will continue to update the portal with details and the status of the review.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/06/2021 10:49:02 AM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Update
**Message:**
Thanks for the update!

| Date | Activity By | Action Taken |
|---|---|---|
| 04/08/2021 05:55:02 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

Final modification has been submitted for review. Please allow 20-30 days for final terms and conditions.

Please let us know if there are any questions.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/15/2021 05:25:17 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

The final modification has been mailed. Please have debtor Sign and Date both copies and return to SPS 3217 S Decker Lake Dr.

Salt Lake City, UT 84119

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/22/2021 06:11:34 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

Please let us know if there are any questions on regards to the final modification.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

**Attached Files:**
Lord (Loan ████1957) - 0026351957_Modification Agreement-09003039b39ca075.pdf (Added 04-22-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 04/29/2021 11:06:29 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** Loss Mitigation Review
**Message:**

Hello,

Please advise if the debtor is accepting the final loan modification offer. If so-please have debtor Sign and Date both copies and return to SPS 3217 S Decker Lake Dr., Salt Lake City, UT 84119

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/29/2021 01:32:35 PM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Update
**Message:**
Debtor will be accepting the offer and plans to mail back the paperwork tomorrow.

We will get it to you as soon as we are able and will also prepare a Motion to Authorize the Modification for filing with the BK Court. Thanks!

| Date | Activity By | Action Taken |
|---|---|---|
| 05/03/2021 10:33:26 AM ET | Servicer | Message Sent |

**From:** Pauline Kunz (Servicer)
**Subject:** RE: Update
**Message:**

Hello,

Thank you Katie- once the required debtor signed 'wet ink' copy is received by SPS- it will be reviewed and then countersigned to provide a fully executed copy for court filing.

Thank you,

Pauline Kunz

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/04/2021 09:45:38 AM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Executed Docs Tracking
**Message:**
Attached, please find a copy of the signed docs and tracking.

Please upload copy of counter signed docs as you are able. Thanks!

**Attached Files:**
Lord (Loan #▓▓▓▓1957) - Signed LMP Docs (Added 05-04-2021)
Lord (Loan #▓▓▓▓1957) - Tracking Number (Added 05-04-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 05/06/2021 04:53:51 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** RE: Executed Docs Tracking
**Message:**
Hello,

Thank you. Documentation has been forwarded to our underwriters. Copy of the counter sign agreement will get uploaded just as soon as it becomes available.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/13/2021 04:52:56 PM ET | Servicer | Message Sent |

**From:** Erica Haro (Servicer)
**Subject:** Loss Mitigation Review
**Message:**
Hello,

There are no updates at this moment. We will continue to monitor the file.

Thank you,

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/20/2021 01:37:13 PM ET | Attorney | Message Sent |

**From:** Katie Schwartz (Borrower Attorney)
**Subject:** Order Approving LMP
**Message:**
Court Order approving modification attached. Please uploaded counter-signed executed docs complete as soon as you are able so we can file the final report and close out the portal. Thanks!

**Attached Files:**
Lord (Loan #▇▇▇1957) - Order Auth Mod (Added 05-20-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 05/20/2021 06:21:27 PM ET | Servicer | Message Sent |

From: Erica Haro (Servicer)
Subject: RE: Order Approving LMP
Message:
Hello,

Thank you, please allow time to implement terms and conditions.

Erica Haro

Bankruptcy Specialist

Select Portfolio Servicing, Inc.

| Date | Activity By | Action Taken |
|---|---|---|
| 05/25/2021 12:50:07 PM ET | Attorney | Message Sent |

From: Katie Schwartz (Borrower Attorney)
Subject: Update
Message:
Good Morning,

Do you have an update as to when the final counter-signed docs will be uploaded to the portal?

© 2021 - www.dclmwp.com