**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 20-10551-TPA |
| | : | |
| **Ronald Dwight Lord, Sr. AND** | : | |
| **Mary Louise Lord,** | : | |
| Debtors, | : | |
| _____ | : | **RELATED TO DOCKET NO(s): 47-48** |
| **Ronald Dwight Lord, Sr. AND** | : | |
| **Mary Louise Lord,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>June 4, 2021</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Aas Debt Recovery Inc
0315-1                                   U.S. Courthouse, Room B160               Po Box 129
Case 20-10551-TPA                        17 South Park Row                        Monroeville, PA 15146-0129
WESTERN DISTRICT OF PENNSYLVANIA         Erie, PA 16501-1169
Erie
Fri Jun  4 08:21:49 EDT 2021

(p)CHRYSLER FINANCIAL                    CSMC 2020-RPL2 Trust                     (p)CITIFINANCIAL
27777 INKSTER RD                         c/o Select Portfolio Servicing, Inc.     BANKRUPTCY FORECLOSURE UNIT
FARMINGTON HILLS MI 48334-5310           P.O. Box 65250                           1000 TECHNOLOGY DRIVE
                                         Salt Lake City, UT 84165-0250            OFALLON MO 63368-2222


(p)CITIZENS BANK N A                     Commonwealth Financial Systems Inc       Crawford County Tax Claim Bureau
ATTN BANKRUPTCY TEAM                     120 North Keyser Avenue                  Court House
ONE CITIZENS BANK WAY                    Scranton, PA 18504-9701                  903 Diamond Square
JCA115                                                                            Meadville, PA 16335-2694
JOHNSTON RI 02919-1922


Creditech                                Creditech                                Erie Pathology Associates
50 N 7th St                              50 North 7th Street                      1526 Peach Street
Bangor, PA 18013-1791                    Bangor, PA 18013-1791                    Erie, PA 16501-2110



First National Bank of Pennsylvania      Meadville Medical Center                 NCO Financial Systems
c/o Karen L. Hughes, Esquire             1034 Grove Street                        Attention: Bankruptcy
AAS Debt Recovery Inc.                   Meadville, PA 16335-2945                 507 Prudential Rd
2526 Monroeville Blvd., Suite 205                                                 Horsham, PA 19044-2308
Monroeville, PA 15146-2371


Office of the United States Trustee      PA Department of Revenue                 Santander Consumer Usa
Liberty Center.                          Bankruptcy Division                      8585 North Stemmons Freeway Suite 1100-N
1001 Liberty Avenue, Suite 970           PO Box 280946                            Dallas, TX 75247-3822
Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0946


Select Portfolio Servicing, Inc.         Southwest Credit Syste                   Southwest Credit System
PO Box 65450                             4120 International Parkway Suite 1100    4120 International Parkway Suite 1100
Salt Lake City, UT 84165-0450            Carrollton, TX 75007-1958                Carrollton, TX 75007-1958



Td Auto Finance                          UPMC Health Services                     UPMC Physician Services
27777 Franklin Road                      PO Box 1123                              PO Box 1123
Farmington Hills, MI 48334               Minneapolis, MN 55440-1123               Minneapolis, MN 55440-1123



Windstream                               Daniel P. Foster                         Mary Louise Lord
11317 Mercer Pike                        Foster Law Offices                       10610 State Highway 618
Meadville, PA 16335-6261                 1210 Park Avenue                         Conneaut Lake, PA 16316-2632
                                         Meadville, PA 16335-3110



Ronald Dwight Lord Sr.                   Ronda J. Winnecour
10610 State Highway 618                  Suite 3250, USX Tower
Conneaut Lake, PA 16316-2632             600 Grant Street
                                         Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CFC Deficiency Recover<br>5225 Crooks Road<br>Suite 140<br>Troy, MI 48098 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CSMC 2020-RPL2 Trust | (d)NCO Financial Systems<br>Attention: Bankruptcy<br>507 Prudential Road<br>Horsham, PA 19044-2308 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    2<br>Total                 30 |