**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2025

IN RE:

RONALD DWIGHT LORD, SR.
MARY LOUISE LORD
10610 STATE HIGHWAY 618
CONNEAUT LAKE,  PA  16316
XXX-XX-0054          Debtor(s)

XXX-XX-1133

Case No.20-10551

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  CSMC/PRAE | |
| | | |
| **CRAWFORD COUNTY TAX CLM BUREAU*** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| CRAWFORD COUNTY COURTHOUSE | Court Claim Number: | ACCOUNT NO.:  2904 |
| 903 DIAMOND PARK SQ | | |
| | CLAIM:  0.00 | |
| MEADVILLE, PA  16335 | COMMENT:  4402904*REMOVED/AMD PL~19203.20/PRIOR PL*NO TAX YR/PL*10,11,13,14,15/SCH | |
| | | |
| **CSMC 2020-RPL2 TRUST** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:1-2 | ACCOUNT NO.:  1957 |
| ATTN REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM:  1,195.27 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  LN MOD @ 27*555.90/CL*404x(60+2)=LMT*5211@SPS/SCH*BGN 8/20*AMD | |
| | | |
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number: | ACCOUNT NO.:  0054 |
| PO BOX 280946 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  1744.93@0%/PL*08-09/SCH*PIF/CR/LTR | |
| | | |
| **FIRST NATIONAL BANK OF PA**** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AAS DEBT RECOVERY INC | Court Claim Number:2 | ACCOUNT NO.:  9174 |
| PO BOX 129* | | |
| | CLAIM:  584.50 | |
| MONROEVILLE, PA  15146 | COMMENT:  8916/SCH*CHECKING ACCNT | |
| | | |
| **CFC DEFICENCY RECOVERY++** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5225 CROOKS RD STE 140 | Court Claim Number: | ACCOUNT NO.:  9424 |
| | CLAIM:  0.00 | |
| TROY, MI  48098 | COMMENT:  NO$~AUTO/SCH | |
| | | |
| **CITIFINANCIAL INC (NON-RE*)++** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | ACCOUNT NO.:  2240 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28272-0923 | COMMENT:  NO$~INFO ONLY/SCH | |
| | | |
| **CITIZENS BANK NA** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DR | Court Claim Number: | ACCOUNT NO.:  8944 |
| MS ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  NO$~INFO ONLY/SCH | |
| | | |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 245 MAIN ST | Court Claim Number: | ACCOUNT NO.:  8850 |
| | CLAIM:  0.00 | |
| DICKSON CITY, PA  18519 | COMMENT:  JDGMNT/SCH | |
| | | |
| **CREDITECH** | Trustee Claim Number:10   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 99* | Court Claim Number: | ACCOUNT NO.:  7144 |
| | CLAIM:  0.00 | |
| BANGOR, PA  18013 | COMMENT:  ERIE PATHOLOGY/SCH | |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDITECH**<br>POB 99*<br>BANGOR, PA 18013 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7144 | CLAIM: 0.00<br>COMMENT: ERIE PATHOLOGY/SCH |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0054 | CLAIM: 165.00<br>COMMENT: 8205~MEADVILLE MDCL CNTR/SCH |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5862 | CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4762 | CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0731 | CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH |
| **SANTANDER CONSUMER USA**<br>PO BOX 660633<br>DALLAS, TX 75266 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 | CLAIM: 0.00<br>COMMENT: REPO/SCH |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX 75007 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9290 | CLAIM: 0.00<br>COMMENT: WINDSTREAM/SCH |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX 75007 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9290 | CLAIM: 0.00<br>COMMENT: WINDSTREAM/SCH |
| **TD AUTO FINANCE**<br>POB 9223<br>FARMINGTON, MI 48333 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9424 | CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH |

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ERIE PATHOLOGY ASSOCIATES**<br>P.O. BOX 1529<br><br>ERIE, PA 16507 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br><br>MEADVILLE, PA 16335 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WINDSTREAM**<br>POB 9001908<br><br>LOUISVILLE, KY 40290-1908 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CSMC 2020-RPL2 TRUST**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:1-2<br><br>CLAIM: 0.00<br>COMMENT: LN MOD @27*10241.31/CL*THRU 7/20*AMD*DK | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1957 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 780.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0054 |
| **CSMC 2020-RPL2 TRUST**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 1,914.39<br>COMMENT: PMT/TRIAL LN MOD*BGN 3/21*W/3,24*LN MOD @27 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1957 |
| **CSMC 2020-RPL2 TRUST**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:1-3<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 6/21 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1957 |