Certificate Number: 03088-PAW-DE-039662646

Bankruptcy Case Number: 20-10551



03088-PAW-DE-039662646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2025, at 6:41 o'clock PM CDT, Mary Louise Lord completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 14, 2025

By: /s/Maria Arreguin

Name: Maria Arreguin

Title: Counselor