**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> RONALD DWIGHT LORD, SR. <br> MARY LOUISE LORD <br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>         vs. <br> No Respondents. | Case No.:20-10551 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/19/2020 and confirmed on 11/3/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,521.00 |
| Less Refunds to Debtor | 710.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,810.61 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,580.00 | |
|    Trustee Fee | 1,900.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,480.77 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CSMC 2020-RPL2 TRUST | 1,195.27 | 1,195.27 | 0.00 | 1,195.27 |
|     Acct: 1957 | | | | |
|   CSMC 2020-RPL2 TRUST | 1,914.39 | 1,914.39 | 0.00 | 1,914.39 |
|     Acct: 1957 | | | | |
|   CSMC 2020-RPL2 TRUST | 0.00 | 25,690.68 | 0.00 | 25,690.68 |
|     Acct: 1957 | | | | |
|   CSMC 2020-RPL2 TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1957 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2904 | | | | |
| | | | | 28,800.34 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD DWIGHT LORD, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD DWIGHT LORD, SR. | 710.39 | 710.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0054 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF PA** | 584.50 | 584.50 | 0.00 | 584.50 |
|     Acct: 9174 | | | | |
|   CFC DEFICENCY RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9424 | | | | |
|   CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2240 | | | | |
|   CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

20-10551              Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8944 | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8850 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7144 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7144 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC PHYSICIAN SERVICES | 165.00 | 165.00 | 0.00 | 165.00 |
| | Acct: 0054 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5862 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4762 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0731 | | | | |
| | SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9290 | | | | |
| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9290 | | | | |
| | TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9424 | | | | |
| | UPMC HEALTH SERVICES | 780.00 | 780.00 | 0.00 | 780.00 |
| | Acct: 0054 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ERIE PATHOLOGY ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WINDSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,529.50 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 30,329.84 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 3,109.66 |
| UNSECURED | 1,529.50 |

Date: 07/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RONALD DWIGHT LORD, SR.
    MARY LOUISE LORD
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:20-10551

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10551-JCM
Ronald Dwight Lord, Sr.  Chapter 13
Mary Louise Lord
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jul 28, 2025      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Dwight Lord, Sr., Mary Louise Lord, 10610 State Highway 618, Conneaut Lake, PA 16316-2632 |
| cr | + | ATLX 2024-RPL1 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15278783 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 15278782 | + | Creditech, 50 North 7th Street, Bangor, PA 18013-1791 |
| 15278784 | + | Erie Pathology Associates, 1526 Peach Street, Erie, PA 16501-2110 |
| 15293237 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15278794 | + | Windstream, 11317 Mercer Pike, Meadville, PA 16335-6261 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15278776 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Jul 29 2025 00:06:00 | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 15278777 | | Email/Text: jaxbanko@td.com | Jul 29 2025 00:05:00 | CFC Deficiency Recover, 5225 Crooks Road, Suite 140, Troy, MI 48098 |
| 15278778 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2025 00:16:40 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15278779 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 29 2025 00:06:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15288874 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 29 2025 00:08:00 | CSMC 2020-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15278780 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 29 2025 00:06:00 | Commonwealth Financial Systems Inc, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15278781 | | Email/Text: mklemm@co.crawford.pa.us | Jul 29 2025 00:07:00 | Crawford County Tax Claim Bureau, Court House, 903 Diamond Square, Meadville, PA 16335-2694 |
| 15278785 | + | Email/Text: mwetherbee@mmchs.org | Jul 29 2025 00:08:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15278786 | + | Email/Text: egssupportservices@alorica.com | Jul 29 2025 00:07:00 | NCO Financial Systems, Attention: Bankruptcy, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15278788 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2025 00:07:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15278789 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2025 00:07:00 | Santander Consumer Usa, 8585 North Stemmons Freeway Suite 1100-N, Dallas, TX 75247-3822 |
| 15278790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 29 2025 00:08:00 | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15278791 | + | Email/Text: bankruptcy@sw-credit.com | Jul 29 2025 00:07:00 | Southwest Credit Syste, 4120 International |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| 15278792 | + Email/Text: bankruptcy@sw-credit.com | Jul 29 2025 00:07:00 | Southwest Credit System, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| --- | --- | --- | --- |
| 15278793 | Email/Text: jaxbanko@td.com | Jul 29 2025 00:05:00 | Td Auto Finance, 27777 Franklin Road, Farmington Hills, MI 48334 |
| 15293894 | Email/Text: BNCnotices@dcmservices.com | Jul 29 2025 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15293892 | Email/Text: BNCnotices@dcmservices.com | Jul 29 2025 00:06:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2020-RPL2 Trust |
| 15278787 | *+ | NCO Financial Systems, Attention: Bankruptcy, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

**Name**           **Email Address**

Daniel P. Foster
    on behalf of Debtor Ronald Dwight Lord Sr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor CSMC 2020-RPL2 Trust dcarlon@kmllawgroup.com

Maria Miksich
    on behalf of Creditor CSMC 2020-RPL2 Trust mmiksich@kmllawgroup.com

Michelle L. McGowan
    on behalf of Creditor CSMC 2020-RPL2 Trust mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor CSMC 2020-RPL2 Trust rshearer@raslg.com

Ronda J. Winnecour

District/off: 0315-1                                    User: auto                                    Page 3 of 3
Date Rcvd: Jul 28, 2025                          Form ID: pdf900                          Total Noticed: 24

cmecf@chapter13trusteewdpa.com

TOTAL: 8