**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ronald Dwight Lord, Sr. |
| Debtor 2 (Spouse, if filing) | Mary Louise Lord |
| United States Bankruptcy Court for the: | WESTERN District of Pennsylvania (State) |
| Case number | 20-10551-JCM |

# Form 4100R
# Response to Notice of Final Cure                                                        10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** ATLX 2024-RPL1 Trust          **Court claim no. (if known):** 1-3

**Last 4 digits** of any number you use to identify the debtor's account: 1957

**Property address:**  10610 HIGHWAY 618
                       Number         Street

                       CONNEAUT LAKE, PA 16316
                       City           State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    10/1/2025
                                                                MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                            (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:                      + (b) $_____
c. Total. Add lines a and b.                                                           (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                                 MM/ DD/ YYYY

Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

_____

Form 4100R                     **Response to Notice of Final Cure Payment**                     page 1

| Debtor 1 | Ronald Dwight Lord, Sr. | Case number *(if known)* | 20-10551-JCM |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Robert Shearer
   Signature

Date August 12, 2025

Print  Robert Shearer
       First Name    Middle Name    Last Name

Title Authorized Agent

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  130 Clinton Rd #202
         Number    Street

         Fairfield           NJ              07004
         City                State           ZIP Code

Contact  470-321-7112                                      Email rshearer@raslg.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on August 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Ronald Dwight Lord, Sr.
10610 State Highway 618
Conneaut Lake, PA 16316

Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316

And via electronic mail to:

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

              By: /s/  Charles Doran

              Email:  cdoran@raslg.com