**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald Dwight Lord Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0054<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary Louise Lord<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1133<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number:  20-10551-JCM

# Order of Discharge                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald Dwight Lord Sr.                    Mary Louise Lord

9/16/25                                   **By the court:** John C Melaragno
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                            Case No. 20-10551-JCM

Ronald Dwight Lord, Sr.                                Chapter 13

Mary Louise Lord

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                         User: auto                                               Page 1 of 3

Date Rcvd: Sep 16, 2025                              Form ID: 3180W                                Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Dwight Lord, Sr., Mary Louise Lord, 10610 State Highway 618, Conneaut Lake, PA 16316-2632 |
| cr | + | ATLX 2024-RPL1 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15278783 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 15278782 | + | Creditech, 50 North 7th Street, Bangor, PA 18013-1791 |
| 15278784 | + | Erie Pathology Associates, 1526 Peach Street, Erie, PA 16501-2110 |
| 15293237 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15278794 | + | Windstream, 11317 Mercer Pike, Meadville, PA 16335-6261 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 17 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 17 2025 04:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15278776 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Sep 17 2025 00:32:00 | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 15278777 | | EDI: LCITDAUTO | Sep 17 2025 04:12:00 | CFC Deficiency Recover, 5225 Crooks Road, Suite 140, Troy, MI 48098 |
| 15278778 | | EDI: CITICORP | Sep 17 2025 04:12:00 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15278779 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2025 00:31:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15288874 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2025 00:33:00 | CSMC 2020-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15278780 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 17 2025 00:31:00 | Commonwealth Financial Systems Inc, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15278781 | | Email/Text: mklemm@co.crawford.pa.us | Sep 17 2025 00:32:00 | Crawford County Tax Claim Bureau, Court House, 903 Diamond Square, Meadville, PA 16335-2694 |
| 15278785 | + | Email/Text: mwetherbee@mmchs.org | Sep 17 2025 00:33:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15278786 | + | Email/Text: egssupportservices@alorica.com | Sep 17 2025 00:32:00 | NCO Financial Systems, Attention: Bankruptcy, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15278788 | + | EDI: PENNDEPTREV | Sep 17 2025 04:12:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15278789 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 17 2025 00:32:00 | Santander Consumer Usa, 8585 North Stemmons Freeway Suite 1100-N, Dallas, TX 75247-3822 |
| 15278790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2025 00:33:00 | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15278791 | + | Email/Text: bankruptcy@sw-credit.com | Sep 17 2025 00:32:00 | Southwest Credit Syste, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 15278792 | + | Email/Text: bankruptcy@sw-credit.com | Sep 17 2025 00:32:00 | Southwest Credit System, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 15278793 | | EDI: LCITDAUTO | Sep 17 2025 04:12:00 | Td Auto Finance, 27777 Franklin Road, Farmington Hills, MI 48334 |
| 15293894 | | Email/Text: BNCnotices@dcmservices.com | Sep 17 2025 00:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15293892 | | Email/Text: BNCnotices@dcmservices.com | Sep 17 2025 00:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2020-RPL2 Trust |
| 15278787 | *+ | NCO Financial Systems, Attention: Bankruptcy, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Ronald Dwight Lord Sr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor CSMC 2020-RPL2 Trust dcarlon@kmllawgroup.com |
| Jordan Matthew Katz | on behalf of Creditor ATLX 2024-RPL1 Trust jkatz@raslg.com |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: 3180W | Total Noticed: 26 |

Maria Miksich
    on behalf of Creditor CSMC 2020-RPL2 Trust mmiksich@kmllawgroup.com

Michelle L. McGowan
    on behalf of Creditor CSMC 2020-RPL2 Trust mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor CSMC 2020-RPL2 Trust rshearer@raslg.com

Robert Shearer
    on behalf of Creditor ATLX 2024-RPL1 Trust rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10