IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   RONALD DWIGHT LORD, SR.
   MARY LOUISE LORD
        Debtor(s)

Ronda J. Winnecour
        Movant
   vs.
No Repondents.

Case No.:20-10551

Chapter 13

Related Document No. 73

ORDER OF COURT

  AND NOW, this \_\_\_\_16th\_\_\_\_ day of \_\_\_\_September\_\_\_\_, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge   dak
United States Bankruptcy Court
SIGNED
9/16/25 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10551-JCM |
| Ronald Dwight Lord, Sr. | Chapter 13 |
| Mary Louise Lord | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Dwight Lord, Sr., 10610 State Highway 618, Conneaut Lake, PA 16316-2632 |
| jdb | + | Mary Louise Lord, 10610 State Highway 618, Conneaut Lake, PA 16316-2632 |
| cr | + | ATLX 2024-RPL1 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15278783 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 15278782 | + | Creditech, 50 North 7th Street, Bangor, PA 18013-1791 |
| 15278784 | + | Erie Pathology Associates, 1526 Peach Street, Erie, PA 16501-2110 |
| 15293237 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15278794 | + | Windstream, 11317 Mercer Pike, Meadville, PA 16335-6261 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15278776 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Sep 17 2025 00:32:00 | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 15278777 | | Email/Text: jaxbanko@td.com | Sep 17 2025 00:31:00 | CFC Deficiency Recover, 5225 Crooks Road, Suite 140, Troy, MI 48098 |
| 15278778 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2025 01:24:13 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 15278779 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2025 00:31:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15288874 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2025 00:33:00 | CSMC 2020-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15278780 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 17 2025 00:31:00 | Commonwealth Financial Systems Inc, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15278781 | | Email/Text: mklemm@co.crawford.pa.us | Sep 17 2025 00:32:00 | Crawford County Tax Claim Bureau, Court House, 903 Diamond Square, Meadville, PA 16335-2694 |
| 15278785 | + | Email/Text: mwetherbee@mmchs.org | Sep 17 2025 00:33:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15278786 | + | Email/Text: egssupportservices@alorica.com | Sep 17 2025 00:32:00 | NCO Financial Systems, Attention: Bankruptcy, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15278788 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2025 00:32:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15278789 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 17 2025 00:32:00 | Santander Consumer Usa, 8585 North Stemmons Freeway Suite 1100-N, Dallas, TX 75247-3822 |
| 15278790 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2025 00:33:00 | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15278791 | + | Email/Text: bankruptcy@sw-credit.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15278792 | + | Email/Text: bankruptcy@sw-credit.com | Sep 17 2025 00:32:00 | Southwest Credit Syste, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| | | | Sep 17 2025 00:32:00 | Southwest Credit System, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 15278793 | | Email/Text: jaxbanko@td.com | Sep 17 2025 00:31:00 | Td Auto Finance, 27777 Franklin Road, Farmington Hills, MI 48334 |
| 15293894 | | Email/Text: BNCnotices@dcmservices.com | Sep 17 2025 00:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15293892 | | Email/Text: BNCnotices@dcmservices.com | Sep 17 2025 00:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2020-RPL2 Trust |
| 15278787 | *+ | NCO Financial Systems, Attention: Bankruptcy, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Daniel P. Foster
on behalf of Debtor Ronald Dwight Lord Sr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Mary Louise Lord dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor CSMC 2020-RPL2 Trust dcarlon@kmllawgroup.com

Jordan Matthew Katz
on behalf of Creditor ATLX 2024-RPL1 Trust jkatz@raslg.com

Maria Miksich
on behalf of Creditor CSMC 2020-RPL2 Trust mmiksich@kmllawgroup.com

Michelle L. McGowan
on behalf of Creditor CSMC 2020-RPL2 Trust mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 25

Robert Shearer
    on behalf of Creditor CSMC 2020-RPL2 Trust rshearer@raslg.com

Robert Shearer
    on behalf of Creditor ATLX 2024-RPL1 Trust rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10