# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mary L Lord**<br>　　　**Ronald Dwight Lord, Sr.**<br>　　　　　　　　　**Debtors**<br><br>**CSMC 2020-RPL2 Trust**<br>　　　　　　　　　**Movant**<br>　　**vs.**<br><br>**Mary LLord**<br>**Ronald Dwight Lord, Sr.**<br>　　　　　　　　　**Debtors**<br><br>**Ronda J. Winnecour**, Esq.<br>　　　　　　　　　**Trustee** | **BK NO. 20-10551 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 26, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316

Ronald Dwight Lord, Sr.
10610 State Highway 618
Conneaut Lake, PA 16316

Attorney for Debtors
Daniel P. Foster, Esq.
Foster Law Offices
1210 Park Avenue (VIA ECF)
Meadville, PA 16335

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  Electronic means or first-class mail.

Dated: January 26, 2023

　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com