# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mary Louise Lord**<br>     **Ronald Dwight Lord, Sr.**<br>                        **Debtor(s)** | **BK NO. 20-10551 JAD** |
| | **Chapter 13** |
| **CSMC 2020-RPL2 Trust**<br>                **Movant** | **Related to Claim No. 1-1** |
| **vs.** | |
| **Mary Louise Lord**<br>**Ronald Dwight Lord, Sr.**<br>                        **Debtor(s)** | |
| **Ronda J. Winnecour**,<br>                   **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 27, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Mary Louise Lord
10610 State Highway 618
Conneaut Lake, PA 16316

Ronald Dwight Lord, Sr.
10610 State Highway 618
Conneaut Lake, PA 16316

<u>Attorney for Debtor(s)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>March 27, 2023</u>

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com